Kenneth L. Pedersen, ISB #1436
klpedersen@pedersen-law.com
Jarom A. Whitehead, ISB #6656
jwhitehead@pedersen-law.com
Michael J. Hanby, II, ISB #7997
michael@pedersen-law.com
PEDERSEN and WHITEHEAD
161 5th Ave. S., Suite 301
P. O. Box 2349
Twin Falls, ID  83303-2349
208-734-2552 (Telephone)
208-734-2772 (Facsimile)

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREEN TECHNOLOGY LIGHTING CORP., a Georgia Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY SURPLUS INSURANCE COMPANY, LIBERTY INTERNATIONAL UNDERWRITERS, INSURE IDAHO, LLC, an Idaho Limited Liability Company, CROUSE AND ASSOCIATES INSURANCE SERVICES OF NORTHERN CALIFORJNIA, INC., a California corporation, and DOES I through X,<br><br>Defendants. | Case No. 1:17-cv-00432-DCN<br><br>**CORPORATE DISCLOSURE STATEMENT** |

COMES NOW the Plaintiff, Green Technology Lighting Corp., by and through its undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 7.1(a), submits

CORPORATE DISCLOSURE STATEMENT - 1

this corporate disclosure:

Green Technology Lighting Corp. is a Georgia corporation, with its principal place of business in Edina, Minnesota. Green Technology Lighting Corp. is primarily owned by Baishi Technology with its principal place of business in Yuyao, Zhejiang, China. No publically- traded company owns 10% or more of its common stock.

DATED this 23rd day of October, 2017.

                                        PEDERSEN and WHITEHEAD

                                        By /s/ Jarom A. Whitehead
                                            Jarom A. Whitehead, ISB #6656
                                            Attorney for Plaintiff

PEDERSEN AND WHITEHEAD
Attorneys at Law
161 5th Avenue South, Suite 301
P.O. Box 2349
Twin Falls, ID 83303-2349
Telephone: 208-734-2552

CORPORATE DISCLOSURE STATEMENT - 2