Kenneth L. Pedersen, ISB #1436
klpedersen@pedersen-law.com
Jarom A. Whitehead, ISB #6656
jwhitehead@pedersen-law.com
Michael J. Hanby, II, ISB #7997
michael@pedersen-law.com
PEDERSEN and WHITEHEAD
161 5th Ave. S., Suite 301
P. O. Box 2349
Twin Falls, ID  83303-2349
208-734-2552 (Telephone)
208-734-2772 (Facsimile)

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREEN TECHNOLOGY LIGHTING CORP., a Georgia Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY SURPLUS INSURANCE COMPANY, LIBERTY INTERNATIONAL UNDERWRITERS, INSURE IDAHO, LLC, an Idaho Limited Liability Company, CROUSE AND ASSOCIATES INSURANCE SERVICES OF NORTHERN CALIFORJNIA, INC., a California corporation, and DOES I through X,<br><br>Defendants. | Case No. 1:17-cv-00432-DCN<br><br>**ACCEPTANCE OF SERVICE** |

STATE OF IDAHO      )
                   : ss.
County of Ada       )

    Donald J. Farley, being first duly sworn on oath, deposes and states:

ACCEPTANCE OF SERVICE - 1

1. I am counsel for Defendant Insure Idaho, LLC in the above-entitled action.

2. On the __24__ day of October, 2017, I received a copy of Plaintiffs' Complaint for and Demand for Jury Trial and Summon.

3. I hereby accept service of said documents on behalf of Defendant Insure Idaho, LLC.

DATED this __24__ day of October, 2017.

POWERS TOLMAN FARLEY, PLLC

By_____
Donald J. Farley

SUBSCRIBED AND SWORN to before me this __24th__ day of October, 2017.

_____
NOTARY PUBLIC
Residing at __Ada County__
Commission Expires: __7/26/2018__

PEDERSEN AND WHITEHEAD
*Attorneys at Law*
161 5th Avenue South, Suite 301
P.O. Box 2349
Twin Falls, ID 83303-2349
Telephone: 208-734-2552

**ACCEPTANCE OF SERVICE - 2**