State of Idaho
## *DEPARTMENT OF INSURANCE*

| | | |
|---|---|---|
| **C.L. "BUTCH" OTTER**<br>Governor | 700 West State Street, 3rd Floor<br>P.O. Box 83720<br>Boise, Idaho 83720-0043<br>Phone (208) 334-4250   Fax (208) 334-4298<br><u>http://www.doi.idaho.gov</u> | **DEAN L. CAMERON**<br>Director |

**To:**   LIBERTY SURPLUS INSURANCE CORPORATION.
c/o CORPORATION SERVICE COMPANY
12550 W. EXPLORER DRIVE, SUITE 100
BOISE, ID 83713

**CC:**   Plaintiff's counsel (w/o Enclosures) via First Class Mail

**From:** Idaho Department of Insurance

**Date:** 10/24/2017

**Re:**   NOTICE OF SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF IDAHO, CIVIL ACTION NO. 1:17-cv-432-DCN.

GREEN TECHNOLOGY LIGHTING CORPORATION

v LIBERTY SURPLUS INSURANCE CORPORATION

---

YOU WILL PLEASE TAKE NOTICE that a due and regular service of a SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL, in connection with the above-entitled action, was made upon you by CERTIFIED MAIL on the TWENTY-THIRD day of OCTOBER, 2017, by delivering in Boise, Idaho, on the said date to the Director of the Department of Insurance, State of Idaho, who is the duly and regularly appointed Statutory Agent. A copy of each instrument is enclosed herewith to you as provided by law.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of this office at Boise, Idaho, this TWENTY-FOURTH day of OCTOBER, 2017.

*Dean L. Cameron* /pm
Dean L. Cameron
Director
Department of Insurance
State of Idaho

Cert Num. 70160750000021660779

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| GREEN TECHNOLOGY LIGHTING CORPORATION, a Georgia Corporation,<br><br>*Plaintiff(s)*<br>v.<br>LIBERTY SURPLUS INSURANCE CORPORATION, LIBERTY INSURANCE UNDERWRITERS, INC., INSURE IDAHO, LLC, an Idaho Limited Liability Company, et. al.<br>*Defendant(s)* | Civil Action No. 1:17-cv-432-DCN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Liberty Surplus Insurance Corporation
175 Berkeley Street
Boston, MA 02116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Kenneth L. Pedersen
Jarom A. Whitehead
Michael J. Hanby II
Pedersen and Whitehead
P. O. Box 2349
Twin Falls, ID 83303-2349

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/19/2017            /s/ Carrie Smith
                            *Signature of Clerk or Deputy Clerk*



**United States Courts
District of Idaho**

**ISSUED**

*Carrie Smith
on Oct 19, 2017 9:03 am*

Kenneth L. Pedersen, ISB #1436
klpedersen@pedersen-law.com
Jarom A. Whitehead, ISB #6656
jwhitehead@pedersen-law.com
Michael J. Hanby, II, ISB #7997
michael@pedersen-law.com
PEDERSEN and WHITEHEAD
161 5th Ave. S., Suite 301
P. O. Box 2349
Twin Falls, ID 83303-2349
208-734-2552 (Telephone)
208-734-2772 (Facsimile)

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREEN TECHNOLOGY LIGHTING CORP., a Georgia Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, LIBERTY INSURANCE UNDERWRITERS, INC., INSURE IDAHO, LLC, an Idaho Limited Liability Company, CROUSE AND ASSOCIATES INSURANCE SERVICES OF NORTHERN CALIFORNIA, INC., a California corporation, and DOES I through X,<br><br>Defendants. | Case No. _____<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW the Plaintiff, Green Technology Lighting Corp., by and through its counsel, and for cause of action against the above-named Defendants, complains and alleges as follows:

COMPLAINT AND DEMAND FOR JURY TRIAL - 1