Donald J. Farley
ISB #1561; djf@powerstolman.com
James S. Thomson, II
ISB #6124; jst@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
345 Bobwhite Court, Suite 150
Post Office Box 9756
Boise, Idaho  83707
Telephone:  (208) 577-5100
Facsimile:  (208) 577-5101
W:\96\96-002\Pleadings\Corporate Disclosure Statement - Insure Idaho.docx

Attorneys for Defendant Insure Idaho, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREEN TECHNOLOGY LIGHTING CORP., a Georgia Corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, LIBERTY INSURANCE UNDERWRITERS, INC., INSURE IDAHO, LLC, an Idaho Limited Liability Company, CROUSE AND ASSOCIATES INSURANCE SERVICES OF NORTHERN CALIFORNIA, INC., a California corporation, and DOES I through X,<br><br>               Defendants. | Case No. 1:17-CV-00432-DCN<br><br>**CORPORATE DISCLOSURE STATEMENT RE: INSURE IDAHO, LLC** |

**RULE 7.1 DISCLOSURE STATEMENT**

**COMES NOW** Defendant INSURE IDAHO, LLC, by and through its counsel of record, Powers, Tolman, Farley, PLLC, and hereby discloses that Insure Idaho, LLC is an Idaho limited

CORPORATE DISCLOSURE STATEMENT RE: INSURE IDAHO, LLC - 1

liability company, and there are no parent corporations or publicly held corporations within the meaning of Rule 7.1 of the Federal Rules of Civil Procedure that have an ownership interest in Insure Idaho, LLC.

DATED this 17th day of November, 2017.

POWERS TOLMAN FARLEY, PLLC

By /S/ James S. Thomson, II
Donald J. Farley - Of the Firm
James S. Thomson, II – Of the Firm
Attorneys for Defendant Insure Idaho, LLC

CORPORATE DISCLOSURE STATEMENT RE: INSURE IDAHO, LLC - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of November, 2017, the foregoing document was:

 X  Electronically filed with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| Michael Hanby | michael@pedersen-law.com |
| Kenneth Pedersen | klpedersen@pedersen-law.com |
| Jarom Whitehead | jwhitehead@pedersen-law.com |

 /S/ James S. Thomson, II
Donald J. Farley
James S. Thomson II

\* \* \* \* \*

____ Not electronically filed with the U.S. District Court. A true and correct copy of the foregoing document was delivered to the address below by the method indicated:

| | |
|---|---|
| Michael Hanby | ☐ U.S. Mail, Postage Prepaid |
| Kenneth Pedersen | ☐ Hand Delivered |
| Jarom A. Whitehead | ☐ Overnight Mail |
| PEDERSEN AND WHITEHEAD | ☐ Telecopy |
| 161 5th Avenue South, Suite 301 | ☐ Email |
| P.O. Box 2349 | |
| Twin Falls, ID  83303-2349 | |
| Fax: (208) 734-2772 | |
| *Attorney for Plaintiff* | |

 /S/ James S. Thomson, II
Donald J. Farley
James S. Thomson, II

CORPORATE DISCLOSURE STATEMENT RE: INSURE IDAHO, LLC - 3