5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

Green Technology Lighting Corp., a George Corporation )
)
) Case No. 1:17-cv-00432-DCN
)
v. )
) APPLICATION FOR ADMISSION
Liberty Surplus Insurance Corporation, et al. ) PRO HAC VICE
)
)
) Fee: $225.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, John S. Favate, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters Inc.

The applicant hereby attests as follows:

1. Applicant resides in New Jersey, and practices at the following address and phone number Hardin, Kundla, McKeon & Poletto, 673 Morris Avenue, Springfield, New Jersey 07081

Telephone: 973-912-5222

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| State of New Jersey | 1985 |
| US Court of Appeals, Third Circuit | 1994 |
| District of New Jersey | 1985 |
| SDNY, EDNY, NY 3rd Department | 2017 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Mark D. Sebastian, a member in good standing of the bar of this court, of the firm of Anderson, Julian & Hull LLP, practices at the following office address and phone number: C.W. Moore Plaza, 250 S. 5th Street, Suite 700, Boise, ID 83707

Telephone: 208-344-5800

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 20th day of November, 2017.

_____     _____
Applicant                           Designee

Signed under penalty of perjury.