5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

Green Technology Lighting Corp., a Georgia Corporation )
)
) Case No. 1:17-cv-00432-DCN
)
v. ) APPLICATION FOR ADMISSION
Liberty Surplus Insurance Corporation, et al. ) PRO HAC VICE
)
)
) Fee: $225.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Arthur A. Povelones, Jr._____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters Inc._____.

The applicant hereby attests as follows:

1. Applicant resides in New Jersey_____, and practices at the following address and phone number Hardin, Kundla, McKeon & Poletto, P.A., 673 Morris Avenue, Springfield, NJ 07081

Telephone: 973-912-5222

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| State of New Jersey | 1995 |
| US District Court, District of New Jersey | 1995 |
| US Court of Appeals, Third Circuit | 2004 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Mark D. Sebastian_____, a member in good standing of the bar of this court, of the firm of Anderson, Julian & Hull, LLP_____, practices at the following office address and phone number:
C.W. Moore Plaza, 250 S. 5th Street, Suite 700, Boise, ID 83707

Telephone: 208-344-5800

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 20 day of November, 2017.

_____          _____
Applicant                                                      Designee

Signed under penalty of perjury.