Robert A. Anderson, ISB No. 2124
Mark D. Sebastian, ISB No. 6012
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:    (208) 344-5800
Facsimile:    (208) 344-5510
E-Mail:  raanderson@ajhlaw.com
         msebastian@ajhlaw.com

John F. Favate
Arthur A. Povelones, Jr.
HARDIN KUNDLA McKEON & POLETTO
673 Morris Avenue
Springfield, New Jersey 07081
Tel: 973-912-5222
Fax: 973-912-9212
E-Mail:  JFavate@hkmpp.com
         APovelones@hkmpp.com

Attorneys for Defendant Liberty Surplus
        Insurance Corporation,
        Liberty Insurance Underwriters, Inc.


**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

|  |  |
|---|---|
| GREEN   TECHNOLOGY   LIGHTING CORP., a Georgia Corporation, | : Civil Action No:<br>: 1:17-cv-00432-DCN |
| Plaintiff, | : |
| vs. | : |
| LIBERTY   SURPLUS   INSURANCE CORPORATION, LIBERTY INSURANCE UNDERWRITERS,   INC.,   INSURE IDAHO, LLC, an Idaho Limited Liability Company, CROUSE AND ASSOCIATES INSURANCE SERVICES OF NORTHERN CALIFORNIA, INC., a California   corporation,   and DOES I through X, | : **NOTICE OF MOTION PURSUANT TO 28<br>: U.S.C. § 1404(A) TO TRANSFER<br>THIS MATTER TO THE UNITED<br>: STATES DISTRICT COURT FOR THE<br>: SOUTHERN DISTRICT OF NEW YORK** |
| Defendants. | : |

TO:   Kenneth L. Pedersen, Esq.
      Jarom A. Whitehead, Esq.
      Michael J. Hanby, II, Esq.
      Pedersen and Whitehead
      161 5th Ave. S., Suite 301
      P.O. Box 2349
      Twin Falls, ID 83303-2349
      Attorney for Plaintiff, Green Technology Lighting Corp.


 TO:   Donald J. Farley, Esq.
       James S. Thomson, II, Esq.
       Powers Tolman Farley, PLLC
       345 Bobwhite Court, Suite 150
       P.O. Box 9756
       Boise, ID  08707
       Attorneys for Defendant Insure Idaho, LLC

       Crouse and Associates Insurance Services of Northern
       California, Inc.
       650 California Street, Suite 1100
       San Francisco, CA  94108

COUNSEL:


       PLEASE TAKE NOTICE that the undersigned attorneys for the Defendants, Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters Inc., shall apply to United States District Court for the District of Idaho pursuant to 28 U.S.C. § 1404(a) to transfer this matter to the United States District Court for the Southern District of New York.

                              - 2 -

The moving parties shall rely upon the attached Brief, Affidavit of John S. Favate, Esq. and Exhibits in support of this motion.

ANDERSON, JULIAN & HULL, LLP
Attorneys for Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters Inc.

By:  /s/
Robert A. Anderson
Mark D. Sebastian


HARDIN, KUNDLA, MCKEON & POLETTO, P.A.
Attorneys for Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters Inc.

By: /s/
John S. Favate
Arthur A. Povelones, Jr.
*Pro Hac Vice* Applications Being Filed

DATED:  November 20, 2017

- 1 -

CERTIFICATE OF SERVICE

  X  Electronically filed with the U.S. District Court.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Kenneth L. Pederson, Esq.          klpederson@pedersen-law.com
Jarom A. Whitehead, Esq.           jwhitehead@pedersen-law.com
Michael J. Hanby, II, Esq.         Michael@pedersen-law.com
Donald J. Farley, Esq.             djf@powerstolman.com
James S. Thomson, II, Esq.         jst@powerstolman.com


                              ***


  X  Not electronically filed with the U.S. District Court.  A true and correct copy of the foregoing document was delivered to the address below via U.S. Mail:

Crouse and Associates Insurance Services of Northern California, Inc.
650 California Street
Suite 1100
San Francisco, CA  94108


                              ___/s/_____
                              Robert A. Anderson
                              Mark D. Sebastian

                              ___/s/_____
                              John S. Favate
                              Arthur A. Povelones, Jr.


                            - 2 -