HARDIN, KUNDLA, MCKEON & POLETTO
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION

673 MORRIS AVENUE
SPRINGFIELD, NEW JERSEY 07081
(973) 912-5222

Attorneys for Defendants, Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREEN TECHNOLOGY LIGHTING CORP., a Georgia Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> LIBERTY SURPLUS INSURANCE CORPORATION, LIBERTY INSURANCE UNDERWRITERS, INC., INSURE IDAHO, LLC, an Idaho Limited Liability Company, CROUSE AND ASSOCIATES INSURANCE SERVICES OF NORTHERN CALIFORNIA, INC., a California corporation, and DOES I through X, <br><br> Defendants. | Case No. 1:17-cv-00432-DCN <br><br> Civil Action <br><br> **AFFIDAVIT OF JOHN S. FAVATE, ESQ.** |

STATE OF NEW JERSEY:
                          SS:
COUNTY OF UNION:

   I, JOHN S. FAVATE, ESQ., of full age, being duly sworn according to law, upon my oath depose and say:

   1. I am an attorney at law licensed to practice in the States of New Jersey and New York and my *pro hac vice* admission to this Court for purposes of this case is pending. I am one of the attorneys entrusted with the handling of this matter on behalf of defendants, Liberty Surplus Insurance Corporation ("LSIC") and Liberty Insurance Underwriters Inc. ("LIUI").

   2. I am personally familiar with the facts set forth herein.

   3. Annexed as Exhibit A is a copy of plaintiff's Complaint in this case as served on LSIC and LIUI.

   4. Annexed as Exhibit B is the Affidavit of Benjamin Chynsky, Esq.

   5. Annexed as Exhibit C is LSIC policy no. GCM3000215-0415 issued to Green Technology Lighting Corporation for the period 11/30/15-11/30/16.

   6. Annexed as Exhibit D is LSIC policy no. GCM3000215-314 issued to Green Technology Lighting Corporation for the period 11/30/14-11/30/15.

7. Annexed as Exhibit E is a copy of the "Non-Binding Product Recall Quotation" dated November 25, 2015 issued by LSIC.

8. Annexed as Exhibit F is a copy of the "Product Recall Quotation" dated December 2, 2015 issued by LSIC.

9. Annexed as Exhibit G is a copy of an email exchange dated December 18, 2015 contained in LSIC's records with respect to the placement of LSIC policy no. GCM3000215-314.

_____
JOHN S. FAVATE, ESQ.

Sworn and subscribed to before
me this 20th day of November,
2017

_____
NOTARY PUBLIC OF THE STATE OF
NEW JERSEY

KAREN M. WENTZHEIMER
A NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES OCT. 22, 2020