# EXHIBIT B

HARDIN, KUNDLA, McKEON & POLETTO
COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION

673 MORRIS AVENUE
SPRINGFIELD, NEW JERSEY 07081
(973) 912-5222

Attorneys for Defendants, Liberty Surplus Insurance Corporation
and Liberty Insurance Underwriters Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| GREEN TECHNOLOGY LIGHTING CORP., a Georgia Corporation, | : | Civil Action No. 1:17-cv-00432-DCN |
| Plaintiff, | : | |
| vs. | : | |
| LIBERTY SURPLUS INSURANCE CORPORATION, LIBERTY INSURANCE UNDERWRITERS, INC., INSURE IDAHO, LLC, an Idaho Limited Liability Company, CROUSE AND ASSOCIATES INSURANCE SERVICES OF NORTHERN CALIFORNIA, INC., a California corporation, and DOES I through X, | : | **AFFIDAVIT** |
| Defendants. | : | |

STATE OF NEW YORK:

                        SS:

COUNTY OF NEW YORK:

I, Benjamin Chynsky, being of full age, being duly sworn according to law, upon my oath depose and say:

1. I am Corporate Counsel of Liberty Mutual Insurance Company, as authorized representative for Liberty Surplus Insurance Corporation and Liberty International Underwriters Inc.

2. I am personally familiar with the facts set forth herein.

3. Defendant, Liberty Surplus Insurance Corporation ("LSIC"), is domiciled in the State of New Hampshire and maintains its principal place of business in the Commonwealth of Massachusetts.

4. Defendant, Liberty Insurance Underwriters Inc. ("LIUI") is domiciled in the State of Illinois and maintains its principal place of business in the Commonwealth of Massachusetts.

5. LSIC issued Product Recall Insurance Policy No. GCM3000215-0415 to plaintiff, Green Technology Lighting Corporation of Edina, Minnesota for the period November 30, 2015 to November 30, 2016 ("the LSIC Policy").

6.    LSIC is the entity that issued the LSIC Policy and it is responsible for any obligations arising from the LSIC Policy.

7.    LIUI did not issue the LSIC Policy and it has no responsibility for any obligations arising from the LSIC Policy.

_____
Benjamin Chynsky, Esq.
Corporate Counsel
Liberty Mutual Insurance Co.

Sworn and subscribed to before me this 14TH day of November, 2017

_____

JOSE CARABALLO
Notary Public, State of New York
Registration #01CA6245494
Qualified in New York County
Commission Expires Sept. 12, 2019