EXHIBIT F



Liberty
Surplus Insurance
Corporation.

# Product Recall Quotation

| | |
|---|---|
| **DATE:** | December 2, 2015 |
| **BROKER:** | Rachael Thompson<br>Crouse and Associates<br>650 California Street Suite 1100<br>San Francisco, CA 94108 |
| **NAMED INSURED:** | Green Technology Lighting Corporation<br>7900 W. 78th Street, Suite 430<br>Edina, MN 55439 |
| **INSURING COMPANY:** | Liberty Surplus Insurance Corporation<br>(A New Hampshire Stock Insurance Company)<br>175 Berkeley Street<br>Boston, MA   02117 |
| **COVERED PRODUCTS:** | CFL and LED bulbs with Polaroid branding |
| **POLICY PERIOD:** | November 30, 2015 to November 30, 2016 |

|  | *Option 1* |  |
|---|---|---|
| **POLICY PREMIUM:** | $11,000 | (includes T.R.I.A. at $0) |
| **BROKER COMMISSION:** | 15.0% | |

**LIMITS OF INSURANCE:**

*Product Recall Expense*

| | |
|---|---|
| Each Covered Incident: | $3,000,000 |
| Aggregate Limits of Insurance: | $3,000,000 |
| Retention: | $50,000 |

*Product Recall Liability*

| | |
|---|---|
| Each Covered Incident: | NOT COVERED |
| Aggregate Limits of Insurance: | NOT COVERED |
| Retention: | NOT COVERED |

*Policy Aggregate*

| | |
|---|---|
| Each Covered Incident: | $3,000,000 |
| Aggregate Limits of Insurance: | $3,000,000 |

| | |
|---|---|
| **EXPOSURE:** | $4,500,000 |

**SUBJECTIVITIES:**
✓ Completed surplus lines tax documentation
✓ A copy of an updated LIU renewal application, signed and dated or something equivalent to it.

**CONSULTANTS:** red24

Funding equal to up to 10% of the net premium quoted is available for approved pre-incident consultancy.  If coverage is bound, red24 will make an introductory call within 30 days and explain their Pre-incident Services offerings.

**FORMS & ENDORSEMENTS:**
GCM3001 (09/12) Liberty Surplus Insurance Corporation Product Recall Insurance Policy
GCM3002 (05/09) Liberty Surplus Insurance Corporation Product Recall Insurance Declarations
GCM00001 (09/08) Schedule of Endorsement
TRIA-N004 (03/15) Disclosure - Terrorism Risk Insurance Act
TRIA-E002 (03/15) Cap on Losses From Certified Acts of Terrorism
OFAC (08/09) U.S. Economics and Trade Sanctions
SC-9 (03/15) Service of Suit Clause Minnesota
GCM3024 (05/09) Fully Earned Premium

If coverage is bound, the policy will include Terrorism Risk Insurance Act Insurance ("TRIA") at no charge to the insured for losses resulting from "certified acts of terrorism". Coverage for losses from "certified acts of terrorism" is still subject to, and may be limited by, all other terms, conditions and exclusions contained in your policy. Please read the attached policyholder notice for further information.

The policy may be subject to excess and surplus lines taxes, stamping fees, surcharges, and certain surplus lines reporting requirements mandated by state regulations. You, as the Surplus Lines Broker, are responsible for the disclosure of all related taxes, surcharges, and fees. You are also responsible for the applicable surplus lines reporting requirements including but not limited to the submission of diligent search forms. Please refer to the actual policy for complete details of coverage and exclusions.

When coverage is bound, the premium is due in full within 30 days of the effective date or the date of the binder, whichever is later, to Liberty International Underwriters. This quote is valid for 30 days . I look forward to working with you on this account. Please give me a call if you have any questions.

Regards,

Jane McCarthy
Liberty International Underwriters
Global Crisis Management
55 Water Street, 18th Floor
New York, NY  10041
(212) 208-9505  -  Office
(917) 375-1172  -  Cell