# EXHIBIT G

| | |
|---|---|
| **From:** | Fong, Jason <Jason.Fong@LibertyIU.com> |
| **Sent:** | Friday, December 18, 2015 5:18 PM |
| **To:** | Rachael Thompson |
| **Subject:** | RE: Green Technology Lighting Corp-Bind Request |

Hi Rachel,

Thank you for the bind order but in order for me to confirm the coverage is bound, I would need a no known loss letter from the insured that is signed and dated. Once the letter is received, then I will send the binder and invoice asap.

Regards,

Jason Fong
Underwriter II
Liberty International Underwriters
353 Sacramento Street, 6th Floor
San Francisco, CA 94111
T: 415.983.4542
Jason.Fong@LibertyIU.com
www.LIU-USA.com


-----Original Message-----
From: Rachael Thompson [mailto:rthompson@crousesf.com]
Sent: Friday, December 18, 2015 2:06 PM
To: Fong, Jason <Jason.Fong@LibertyIU.com>
Subject: Green Technology Lighting Corp-Bind Request

Please bind coverage per your quote of $11,000 with sales of $4.5M.  Signed paperwork attached.

Rachael Thompson, CRIS – Broker
Crouse and Associates
650 California Street Suite 1100
San Francisco, CA 94108
916 609 3909 direct
209 639 5228 cell
License#0805281
www.crouseandassociates.com