| Attorney or Party without Attorney: <br> JAROM A. WHITEHEAD <br> PEDERSEN AND WHITEHEAD <br> 161 5TH AVE. S., SUITE 301 <br> TWIN FALLS, ID 83301 <br> Telephone No: 208-734-2552 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 650 | |
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT DISTRICT | | |
| Plaintiff: GREEN TECHNOLOGY LIGHTING CORP., A GEORGIA CORPORATION | | |
| Defendant: Liberty Surplus Insurance Corporation, Liberty Insurance Underwriters, Inc., Insure Idaho | | |
| **PROOF OF SERVICE SUMMONS & COMPLAINT** | Hearing Date:    Time:    Dept/Div: | Case Number: <br> 1:17-CV-00432-DCN |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint

3. a. *Party served:*     CROUSE AND ASSOCIATES INSURANCE SERVICES OF NORTHERN CALIFORNIA, INC.
   b. *Person served:*     TINA OCHOA, AUTHORIZED TO ACCEPT, Hispanic, Female, 40 Years Old, Gray Hair, Brown Eyes, 5 Feet 6 Inches, 110 Pounds

4. *Address where the party was served:*     650 CALIFORNIA STREET, SUITE 1100 San Francisco, CA 94108

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 21, 2017 (2) at: 12:58PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. M. RODRIGUEZ

   Aggressive Legal Services, Inc.
   4110 Truxel Road, Suite 150
   Sacramento, CA 95834
   Phone: (877) 925-7462
   FAX: (916) 455-3200
   www.alsinc.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $95.00
   e. I am: (3) registered California process server
        (i) Owner
        (ii) Registration No.:    2017-13
        (iii) County:    Sacramento
        (iv) Expiration Date:    Tue, Feb. 26, 2019

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Nov. 22, 2017

   (M. RODRIGUEZ)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

pewhiteh.140537