5/06
Form: Pro Hac Vice

# IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
# FOR THE DISTRICT OF IDAHO

Green Technology Lighting Corp., a George Corporation

v.

Liberty Surplus Insurance Corporation, et al.

Case No. 1:17-cv-00432-DCN

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $225.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, **John S. Favate**, hereby applies for admission pro hac vice to appear and participate in this case on behalf of **Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters Inc.**

The applicant hereby attests as follows:

1. Applicant resides in **New Jersey**, and practices at the following address and phone number **Hardin, Kundla, McKeon & Poletto, 673 Morris Avenue, Springfield, New Jersey 07081**

Telephone: 973-912-5222

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
| --- | --- |
| State of New Jersey | 1985 |
| US Court of Appeals, Third Circuit | 1994 |
| District of New Jersey | 1985 |
| SDNY, EDNY, NY 3rd Department | 2017 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. **Mark D. Sebastian**, a member in good standing of the bar of this court, of the firm of **Anderson, Julian & Hull LLP**, practices at the following office address and phone number: **C.W. Moore Plaza, 250 S. 5th Street, Suite 700, Boise, ID 83707**

Telephone: 208-344-5800

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 20th day of November, 2017.

_____  _____
Applicant                Designee

Signed under penalty of perjury.