Robert A. Anderson, ISB No. 2124
Mark D. Sebastian, ISB No. 6012
ANDERSON, JULIAN & HULL LLP
C.W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho  83707-7426
Telephone: (208) 344-5800
Facsimile: (208) 344-5510
E-mail: raanderson@ajhlaw.com
        msebastian@ajhlaw.com

John S. Favate (admitted *pro hac vice*)
Arthur A. Povelones, Jr. (admitted *pro hac vice*)
HARDIN, KUNDLA, MCKEON & POLETTO, P.A.
673 Morris Avenue
Springfield, NJ  07081
Telephone: (973) 912-5222
Facsimile: (973) 912-9212
E-mail: jfavate@hkmpp.com
        apovelones@hkmpp.com

Attorneys for Defendants Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters, Inc.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GREEN TECHNOLOGY LIGHTING CORP., a Georgia Corporation, | Civil Action No: 1:17-cv-00432-DCN |
| Plaintiff, | |
| vs. | |
| LIBERTY SURPLUS INSURANCE CORPORATION, LIBERTY INSURANCE UNDERWRITERS, INC., INSURE IDAHO, LLC, an Idaho Limited Liability Company, CROUSE AND ASSOCIATES INSURANCE SERVICES OF NORTHERN CALIFORNIA, INC., a California corporation, and DOES I through X, | **NOTICE OF ATTORNEY APPEARANCE** |
| Defendants. | |

**PLEASE TAKE NOTICE** that John S. Favate is admitted *pro hac vice* in this Court in the above-captioned matter, and hereby enters his appearance in the above-captioned matter on behalf of Defendants Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters, Inc.

Dated: December 5, 2017

By: /s/ John S. Favate
John S. Favate

HARDIN, KUNDLA, MCKEON & POLETTO, P.A.

/s/ Mark D. Sebastian
Mark D. Sebastian

ANDERSON, JULIAN & HULL LLP

Attorneys for Defendants Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters, Inc.