David W. Knotts, ISB No. 3627
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208-954-5201
Email: dknotts@hawleytroxell.com

Attorneys for Defendant Crouse and Associates
Insurance Services of Northern California, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREEN TECHNOLOGY LIGHTING CORP., a Georgia Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, LIBERTY INSURANCE UNDERWRITERS, INC., INSURE IDAHO, LLC, an Idaho Limited Liability Company, CROUSE AND ASSOCIATES INSURANCE SERVICES OF NORTHERN CALIFORNIA, INC., a California corporation, and DOES I through X,<br><br>　　　　　　Defendants. | Case No. 1:17-cv-00432-DCN<br><br>NOTICE OF APPEARANCE |

TO:   PLAINTIFF AND ITS COUNSEL OF RECORD:

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Defendant Crouse and Associates Insurance Services of Northern California, Inc. ("Defendant Crouse") in the above-entitled action.

NOTICE OF APPEARANCE - 1

04917.0033.10453274.1

Defendant Crouse hereby specifically reserves all defenses as to lack of jurisdiction over the person, improper venue, insufficiency of process, failure to state a claim upon which relief can be granted, failure to join an indispensable party, and any other defense available to Defendant Crouse.

DATED THIS 5th day of December, 2017.

                          HAWLEY TROXELL ENNIS & HAWLEY LLP

                          By _____/s/_____
                                David W. Knotts, ISB No. 3627
                                Attorneys for Defendant Crouse and Associates
                                Insurance Services of Northern California, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of December, 2017, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Kenneth L. Pedersen | klpedersen@pedersen-law.com |
| Jarom A. Whitehead | jwhitehead@pedersen-law.com |
| Michael J. Hanby, II | michael@pedersen-law.com |

/s/
David W. Knotts