UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREEN TECHNOLOGY LIGHTING CORP., a Georgia Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, LIBERTY INSURANCE UNDERWRITERS, INC., INSURE IDAHO, LLC, an Idaho Limited Liability Company, CROUSE AND ASSOCIATES INSURANCE SERVICES OF NORTHERN CALIFORNIA, INC., a California corporation, and DOES I through X,<br><br>Defendants. | Civil Action No: 1:17-cv-00432-DCN<br><br>**CORPORATE DISCLOSURE STATEMENT OF LIBERTY SURPLUS INSURANCE CORPORATION AND LIBERTY INSURANCE UNDERWRITERS INC.** |

### RULE 7.1 DISCLOSURE STATEMENT

COMES NOW defendants Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters Inc. by and through their counsel of record, hereby disclose that:

1. Liberty Insurance Underwriters Inc. is a corporation organized and existing under the laws of the State of Illinois, and is a wholly-owned subsidiary of Liberty Mutual Insurance Company. No publicly-held company owns 10% or more of the stock of any of the above-named entities.

2. Liberty Surplus Insurance Corporation is a corporation organized and existing under the laws of the State of New Hampshire, and is a wholly-owned subsidiary of Liberty Mutual

Insurance Company. No publicly-held company owns 10% or more of the stock of any of the above-named entities.

                     ANDERSON, JULIAN & HULL, LLP
Attorneys for Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters Inc.

By: */s/ Robert A. Anderson*
    Robert A. Anderson
    Mark D. Sebastian

HARDIN, KUNDLA, MCKEON & POLETTO, P.A.
Attorneys for Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters Inc.

By: */s/ John S. Favate*
    John S. Favate
    Arthur A. Povelones
    Admitted Pro Hac Vice

DATED: December 6, 2017

CERTIFICATE OF SERVICE

__X__ Electronically filed with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| Robert A. Anderson, Esq. | raanderson@ajhlaw.com |
| Kenneth L. Pederson, Esq. | klpederson@pedersen-law.com |
| Jarom A. Whitehead, Esq. | jwhitehead@pedersen-law.com |
| Michael J. Hanby, II, Esq. | Michael@pedersen-law.com |
| Donald J. Farley, Esq. | djf@powerstolman.com |
| James S. Thomson, II, Esq. | jst@powerstolman.com |
| David W. Knotts, Esq. | dknotts@hawleytroxell.com |

/s/ Robert A. Anderson
Robert A. Anderson
Mark D. Sebastian

/s/ John S. Favate
John S. Favate
Arthur A. Povelones
Admitted Pro Hac Vice