IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREEN TECHNOLOGY LIGHTING CORP., a Georgia Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>INSURE IDAHO, LLC, an Idaho Limited Liability Company, CROUSE AND ASSOCIATES INSURANCE SERVICES OF NORTHERN CALIFORNIA, INC., a California corporation, and DOES I through X,<br><br>  Defendants. | Case No. 1:17-cv-00432-DCN<br><br>**PROTECTIVE ORDER** |

BASED UPON the Stipulation for Protective Order Governing the Production and Exchange of Confidential Information between the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that such Protective Order is GRANTED and is in effect.

DATED: April 8, 2021

_____
David C. Nye
Chief U.S. District Court Judge

PROTECTIVE ORDER - 1