David W. Knotts, ISB No. 3627
Stacey L. Beaumont, ISB No. 10520
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5201
Email: dknotts@hawleytroxell.com
        sbeaumont@hawleytroxell.com

Attorneys for Defendant Crouse and Associates
Insurance Services of Northern California, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREEN TECHNOLOGY LIGHTING CORP., a Georgia Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, LIBERTY INSURANCE UNDERWRITERS, INC., INSURE IDAHO, LLC, an Idaho Limited Liability Company, CROUSE AND ASSOCIATES INSURANCE SERVICES OF NORTHERN CALIFORNIA, INC., a California corporation, and DOES I through X,<br><br>                    Defendants. | Case No. 1:17-cv-00432-DCN<br><br>REPLY IN SUPPORT OF LIMITED JOINDER TO DEFENDANT INSURE IDAHO, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DOCKET 83] AND OBJECTION TO DEFENDANT INSURE IDAHO, LLC'S STATEMENT OF UNDISPUTED MATERIAL FACTS [DOCKET 83-2] |

COMES NOW Defendant Crouse and Associates Insurance Services of Northern

California, Inc. (hereinafter "Defendant Crouse"), by and through its counsel of record, Hawley

REPLY IN SUPPORT OF JOINDER TO DEFENDANT INSURE IDAHO,
LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DOCKET 83]
AND OBJECTION TO DEFENDANT INSURE IDAHO, LLC'S STATEMENT
OF UNDISPUTED MATERIAL FACTS [DOCKET 83-2] - 1

Troxell Ennis & Hawley LLP, and, in accordance with the requirements of Federal Rule of Civil Procedure 56 and Local Civil Rule 7.1, hereby submits its Reply in Support of its Limited Joinder in Defendant Insure Idaho, LLC's Motion for Partial Summary Judgment and Objection to Statement of Undisputed Material Facts pursuant to Fed. R. Civ. P. 56 filed on July 1, 2022. Specifically, Defendant Crouse joins in requesting the Court to conclude as a matter of law that Plaintiff's damage claims are limited to only those damages that are in fact compensatory damages under the product recall liability insurance policy Plaintiff claims should have been in place at the time of the light bulb recall that is the subject of Plaintiff's Complaint, and that Plaintiff's damage claims are limited to at the most the $1,000,000 limit of product recall liability coverage Plaintiff alleges it applied for.

In addition, Defendant Crouse objects to Defendant Insure Idaho's Statement of Undisputed Material Facts, Fact Nos. 3 and 5 as stated. Defendant Crouse clarifies that the application completed by Plaintiff on November 23, 2014, was submitted to Defendant Insure Idaho on November 23, 2014, but submitted to Defendant Crouse on November 26, 2014. *See Declaration of Stacey L. Beaumont*, Exhibit 1. [Docket 85-1] Defendant Crouse further asserts that these two material facts have no bearing on this Court's ability to grant Defendant Insure Idaho's Motion for Partial Summary Judgment.

REPLY IN SUPPORT OF JOINDER TO DEFENDANT INSURE IDAHO,
LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DOCKET 83]
AND OBJECTION TO DEFENDANT INSURE IDAHO, LLC'S STATEMENT
OF UNDISPUTED MATERIAL FACTS [DOCKET 83-2] - 2

04917.0033.14966456.1

DATED THIS 8th day of August, 2022.

                                  HAWLEY TROXELL ENNIS & HAWLEY LLP

By *[signature]*
      Stacey L. Beaumont, ISB No. 10520
      Attorneys for Defendant Crouse and Associates
      Insurance Services of Northern California, Inc.

REPLY IN SUPPORT OF JOINDER TO DEFENDANT INSURE IDAHO, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DOCKET 83] AND OBJECTION TO DEFENDANT INSURE IDAHO, LLC'S STATEMENT OF UNDISPUTED MATERIAL FACTS [DOCKET 83-2] - 3

04917.0033.14966456.1

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 8th day of August, 2022, I electronically filed the foregoing REPLY IN SUPPORT OF LIMITED JOINDER TO DEFENDANT INSURE IDAHO, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DOCKET 83] AND OBJECTION TO DEFENDANT INSURE IDAHO, LLC'S STATEMENT OF UNDISPUTED MATERIAL FACTS [DOCKET 83-2] with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Kenneth L. Pedersen | klpedersen@pedersen-law.com |
| Jarom A. Whitehead | jwhitehead@pedersen-law.com |
| Michael J. Hanby, II | michael@pedersen-law.com |
| Donald J. Farley | djf@powersfarley.com |
| James S. Thomson, II | jst@powersfarley.com |

Stacey L. Beaumont

REPLY IN SUPPORT OF JOINDER TO DEFENDANT INSURE IDAHO, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DOCKET 83] AND OBJECTION TO DEFENDANT INSURE IDAHO, LLC'S STATEMENT OF UNDISPUTED MATERIAL FACTS [DOCKET 83-2] - 4

04917.0033.14966456.1