IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREEN TECHNOLOGY LIGHTING CORP., a Georgia Corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>INSURE IDAHO, LLC, an Idaho Limited Liability Company, and CROUSE AND ASSOCIATES INSURANCE SERVICES OF NORTHERN CALIFORNIA, INC., a California corporation,<br><br>　　　　　　　Defendants. | Case No. 1:17-CV-00432-DCN<br><br>**ORDER RE: DISMISSAL OF CLAIMS AGAINST INSURE IDAHO, LLC, WITH PREJUDICE** |

　　Based upon the stipulation between Plaintiff and Defendant Insure Idaho, LLC, and good cause appearing therefor:

　　**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint against Defendant Insure Idaho, LLC only in the above-entitled matter is dismissed, with prejudice, with the parties to bear their own attorney fees and costs.

DATED: December 21, 2023

_____
David C. Nye
Chief U.S. District Court Judge

ORDER RE: DISMISSAL OF CLAIMS AGAINST INSURE IDAHO, LLC, WITH PREJUDICE – 1